UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ERIC BROWN, | Case No. 3:14-cv-00120-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DWIGHT NEVEN et al., | |
| Defendants. | |

**I. DISCUSSION**

On April 16, 2014, this Court issued a screening order and stayed the case for ninety (90) days to give the parties an opportunity to settle their dispute. (Dkt. no. 3.) On July 15, 2014, the Office of the Attorney General flied a status report informing the Court that Plaintiff had passed away and that it intended to file a Suggestion of Death with an attached Death Certificate. (Dkt. no. 8 at 1.) The Office of the Attorney General informed that the Court that there was a back log in the processing of inmate Death Certificates. (*Id.*)

The Court directs the Office of the Attorney General to file an updated status report regarding the Suggestion of Death and Death Certificate on or before October 1, 2014.

**II. CONCLUSION**

For the foregoing reasons, it is ordered that the Office of the Attorney General shall file an updated status report on or before October 1, 2014.

DATED THIS 8th day of September 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE