AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ERIC BROWN,

       Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:14-cv-00120-MMD-WGC**

DWIGHT NEVEN, et al.,

       Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this case is dismissed pursuant to Fed. R. Civ. P. 25(a)(1).

  January 2, 2015                      **LANCE S. WILSON**
                                              Clerk

                                        /s/ D. R. Morgan
                                        Deputy Clerk